WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abuk Majak,<br><br>        Plaintiff,<br><br>v.<br><br>Starbucks Corporation,<br><br>        Defendant. | No. CV-25-01850-PHX-JAT<br><br>**ORDER** |

On November 5, 2025, the Court issued an Order which concluded:

> **IT IS ORDERED** granting the stipulation [to proceed to arbitration] (Doc. 15). The parties are ordered to proceed expeditiously to arbitration. This case is stayed pending arbitration.
> **IT IS FURTHER ORDERED** that, within 60 days of the date of this Order, the parties shall file a joint status report. The status report must include the schedule for arbitration, including the date of the arbitration hearing.

(Doc. 16).

On January 5, 2026, Plaintiff filed a status report requesting time to find new counsel and file a demand for arbitration. (Doc. 18). Defendant does not oppose this additional time request. Plaintiff also requested a status conference. (Doc. 19).

To allow Plaintiff time to find new counsel,

**IT IS ORDERED** that Plaintiff has until February 19, 2026, file her demand for arbitration. Plaintiff must comply with this deadline even if she is unable to find new counsel.

**IT IS FURTHER ORDERED** that if Haley Carr, Esq., or Ken Franks, Esq., do not

intend to continue their representation of Plaintiff, they must (each) move to withdraw by February 17, 2026.  Any such motion must comply with Local Rule Civil 83.3.

**IT IS FURTHER ORDERED** that the parties shall jointly file a status report by March 2, 2026.  The status report must include the arbitration schedule including the date of the arbitration hearing.

**IT IS FINALLY ORDERED** that Plaintiff's request for a status hearing (Doc. 19) is denied without prejudice.

Dated this 8th day of January, 2026.

_____
James A. Teilborg
Senior United States District Judge