WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Abuk Majak,

Plaintiff,

v.

Starbucks Corporation,

Defendant.

No. CV-25-01850-PHX-JAT

**ORDER**

On September 4, 2026, the parties filed a status report. (Doc. 36). In the status report, they advised the Court that their arbitration hearing has been set for October 18, 2027, which is approximately two years after this Court granted their stipulation to proceed to arbitration and two and a half years after this case was filed. (Docs. 16, 36). In this Court's Order compelling arbitration, the Court advised the parties that they must expeditiously proceed to arbitration. (Doc. 16). The Court does not find two years to be expeditious.

One of the purposes of arbitration is to allow a case to proceed more quickly than in court.[1] However, in this case, the parties are proceeding more slowly than this Court would have permitted. *See* 8 U.S.C. § 473(a)(2)(B) (district courts should have cases to trial within eighteen months of when they are filed).

As discussed at length in the Order at Document 16, the Supreme Court envisioned this case staying open on the Court's docket so the Court could "assist" either party with

[1] *See*, *e.g.*, https://www.jamsadr.com/insight/2024/arbitration-is-meant-to-be-expeditious-but-is-it-really (last visited September 10, 2026).

arbitration. *Smith v. Spizzirri*, 601 U.S. 472, 478 (2024). But, again as discussed at length in the Order at Document 16, leaving the case open on this Court's docket puts the case within this Court's case management responsibilities.

Accordingly,

**IT IS ORDERED** that the parties must proceed to arbitration by October 18, 2027.

**IT IS FURTHER ORDERED** that the parties must file a status report by November 1, 2027.

**IT IS FINALLY ORDERED** that, if arbitration is not completed by the filing of the November 1, 2027 status report, each party must show cause why this case should not be dismissed for failing to comply with this Order. *See Henderson v. Duncan,* 779 F.2d 1421, 1423 (9th Cir. 1986).

Dated this 10th day of September, 2026.

James A. Teilborg
Senior United States District Judge